PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Jeremy Matthew Crouch</u>　　　Case Number: <u>3:09-00235-03</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>June 29, 2011</u>

Original Offense: <u>18 U.S.C. § 371 Conspiracy to Commit Theft of Mail</u>

Original Sentence: <u>18 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>September 3, 2013</u>

Assistant U.S. Attorney: <u>Byron Jones</u>　　　Defense Attorney: <u>Caryll S. Alpert</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __6__ day of __March__, 2014, and made a part of the records in the above case.

_[signature]_
Amanda M. Russell
U.S. Probation Officer

_[signature]_
Todd J. Campbell
U.S. District Judge

Place　　　<u>Nashville</u>

Date　　　<u>March 6, 2014</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** On January 29, 2014, Mr. Crouch tested positive for oxycodone and amphetamine, confirmed by the testing laboratory.<br><br>When questioned by the probation officer, Mr. Crouch admitted to "finding" an Adderall pill, prescribed to him more than three years ago. He further admitted to taking half a 30 milligram Oxycodone pill from a friend. He reported that he made a "mistake" and it would not happen again. Mr. Crouch reported he planned to get a prescription for Oxycodone, as his current prescription for Hydrocodone was not "enough" for the pain. |
| 2. | **The defendant shall pay restitution, joint and several with his co-defendants, in the amount of $14,091.64, at a rate of 10% of his gross monthly income. The defendant shall pay a $100.00 special assessment.** According to the most recent report from the U.S. District Court Clerk's office, Mr. Crouch has not paid his $100 special assessment, nor he has not paid a payment toward his restitution as ordered. |

**Compliance with Supervision Conditions and Prior Interventions:**
Jeremy Matthew Crouch is currently unemployed and lives with his mother and sister in Donelson, Tennessee. Mr. Crouch began his term of supervised release on September 3, 2013, and his supervision is due to terminate on September 2, 2015.

Following his release from custody, Mr. Crouch was referred to Centerstone Mental Health for a substance abuse assessment. Until his positive drug test, Mr. Crouch infrequently participated in treatment as recommended. Mr. Crouch was given a verbal reprimand by the probation officer on January 29, 2014, and he was re-instructed to not use any illegal substances or medications not prescribed to him. His therapist is aware of his illegal drug use and his substance abuse treatment was increased to weekly sessions. Mr. Crouch's random drug testing was also increased.

Additionally, Mr. Crouch has been sporadically employed with various jobs which have only lasted a few weeks. The probation officer has referred Mr. Crouch to several temporary agencies who assist convicted felons in obtaining gainful employment. He has been encouraged to continue to seek employment in order to fulfill his Court ordered financial conditions.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Crouch remain on supervised release, participate in a substance abuse assessment and/or treatment, find employment, begin to make payments toward his special assessment and restitution, and not incur any future violations. Assistant U.S. Attorney Byron Jones has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer