PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Jeremy Matthew Crouch</u>  Case Number: <u>3:09-00235-03</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>June 29, 2011</u>

Original Offense: <u>18 U.S.C. § 371 Conspiracy to Commit Theft of Mail</u>

Original Sentence: <u>18 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>September 3, 2013</u>

Assistant U.S. Attorney: <u>Byron Jones</u>  Defense Attorney: <u>Caryll S. Alpert</u>

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __4__ day of __June__, 2014, and made a part of the records in the above case.

_/s/ Amanda Michele_
Amanda Michele
U.S. Probation Officer

_/s/ Todd Campbell_
Todd J. Campbell
U.S. District Judge

Place     Nashville

Date      June 3, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**1.**     **The defendant shall refrain from any unlawful use of a controlled substance.**

Mr. Crouch tested positive for cocaine on April 7 and April 15, 2014. Each time his urine was mailed to the testing laboratory and the positive results were confirmed.

When questioned by the probation officer, Mr. Crouch denied using the illegal drug and could provide no explanation as to why he would test positive. He reported he could have been "around it" from moving items at his uncle's consignment shop.

Since his positive drug test on April 15, 2014, Mr. Crouch has been randomly drug tested on four different occasions and those results were all negative, apart from his prescribed medications.

**2.**     **The defendant shall pay restitution, joint and several with his co-defendants, in the amount of $14,091.64, at a rate of 10% of his gross monthly income. The defendant shall pay a $100.00 special assessment.**

According to the most recent report from the U.S. District Court Clerk's office, Mr. Crouch has made a $10 payment toward his $100 special assessment. He has not made any payments toward his restitution, even though he reports being employed on a full-time basis.

**Compliance with Supervision Conditions and Prior Interventions:**
Jeremy Matthew Crouch is currently employed, with David Craig Construction, and lives with his mother and sister in Donelson, Tennessee. Mr. Crouch began his term of supervised release on September 3, 2013, and his supervision is due to terminate on September 2, 2015.

Following his release from custody, Mr. Crouch was referred to Centerstone Mental Health for a substance abuse assessment and individual therapy, twice a month, was recommended. The probation officer was notified by Centerstone staff that Mr. Crouch infrequently participated in treatment as recommended. The probation officer reminded Mr. Crouch that his special condition, imposed by the Court, ordered him to participate in substance abuse treatment as recommended. He was advised that his therapist recommended a certain level of treatment, based on her clinical opinion, and he was required to attend as directed.

A report was submitted to the Court on March 6, 2014, regarding Mr. Crouch's violations of testing positive for medications not prescribed to him and for his failure to make a payment toward his special assessment and restitution, as ordered by the Court. Your Honor ordered no action on March 6, 2014. Mr. Crouch was re-instructed to not use any illegal substances or medications not prescribed to him. His therapist was informed of his illegal drug use and his substance abuse treatment was increased to weekly sessions. Mr. Crouch's random drug testing was also increased.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Crouch remain on supervised release, participate in a substance abuse treatment, make appropriate payments toward his special assessment and restitution, and not incur any further violations. Assistant U.S. Attorney Byron Jones has been advised of the offender's noncompliance and is in agreement with this recommendation.


Approved: _____
                Britton Shelton
                Supervisory U.S. Probation Officer